IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**TOMMY RADFORD**  PLAINTIFF
ADC #089900

V.	NO. 4:24-cv-00375-BRW-ERE

**C. WELLS and**
**C. BRANHAM**	DEFENDANTS

## ORDER

The Court has received a Recommendation filed by Magistrate Judge Edie R. Ervin. Mr. Radford has not filed objections. After careful review of the Recommendation, the Court approves and adopts the Recommendation in its entirety.

Mr. Radford's claims for money damages from Defendants C. Wells and C. Branham in their official capacity are DISMISSED, without prejudice.

IT IS SO ORDERED, this 29th day of May, 2024.

Billy Roy Wilson
UNITED STATES DISTRICT JUDGE